```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 14922
   DARRICK TRIPLETT
   MARILYN ATKINS-TRIPLETT                        CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
             Debtor
   SSN XXX-XX-0687      SSN XXX-XX-3092
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/14/06 and confirmed on 05/23/07.

   2.  The case was dismissed after confirmation, 06/20/2008.

   3.  The Debtor paid a total of $   5175.89 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 4000.00 | 129.43 | 2207.93 |
| ILLINOIS DEPT PUBLIC AID | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 21788.74 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 993.42 | .00 | .00 |
| BANK OF CALUMET | UNSECURED | NOT FILED | .00 | .00 |
| DIVISION OF CHILD SUPPOR | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 370.65 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 2273.58 | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| QUINLAN & FABISH | UNSECURED | 679.00 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | .00 | .00 | .00 |
| RICHARD E SEXNER | REIMBURSEMENT | 151.00 | .00 | 151.00 |
| LICHTHOUSE FINANCIAL CRO | UNSECURED | 2797.85 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 5000.00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1852.51 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1269.63 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 475.29 | .00 | .00 |

             Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       4000.00      7003.51     30648.16          .00    41651.67
PRINCIPAL PAID           2207.93       151.00          .00          .00     2358.93
INTEREST PAID             129.43          .00          .00          .00      129.43
TOTAL PAID               2337.36       151.00          .00          .00     2488.36
```
The Debtor's attorney, RICHARD E SEXNER              , was allowed $   3190.00
and was paid $    2500.00 .

The Trustee received $     187.53 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 09/10/08                    /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE